UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EVELYN MATIAS, et al.,

                   **Plaintiffs,**

     -against-

CITY OF NEW YORK, et al.,

                   **Defendants.**

------------------------------------------------------------X

21-CV-01736 (SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/2021

**SARAH NETBURN, United States Magistrate Judge:**

    A conference to discuss the parties' stipulation of voluntary dismissal, ECF No. 35, and letter regarding settlement approval, ECF No. 36, is scheduled for Thursday, October 28, 2021, at 2:30 p.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                    _____
                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:     October 25, 2021
                New York, New York