USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EVELYN MATIAS, et al.,

                Plaintiffs,                       21-CV-01736 (SN)

     -against-                                  **ORDER**

CITY OF NEW YORK, et al.,

                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In this Fair Labor Standards Act case, the parties agreed to the terms of a settlement in principle and, on October 22, 2021, submitted a proposed settlement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 36-1. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice as to those plaintiffs who are included in the settlement.

**SO ORDERED.**

                                                             _____
                                                             SARAH NETBURN
                                                             United States Magistrate Judge

DATED:      October 29, 2021
                New York, New York